B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>Western District of Virginia | **VOLUNTARY PETITION** |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Xinergy Finance (US), Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>See Attachment A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>27-1485692 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>8351 East Walker Springs Lane, Suite 400<br>Knoxville, TN<br>ZIP CODE 37923 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Knox | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

---

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Xinergy Finance (US), Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See Attachment B | Case Number: | Date Filed: |
| District: Western District of Virginia | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ Signature of Attorney for Debtor(s) (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case.)* | Xinergy Finance (US), Inc. |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (if not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X  /s/ Tyler P. Brown <br> Signature of Attorney for Debtor(s) <br> Tyler P. Brown <br> Printed Name of Attorney for Debtor(s) <br> Hunton & Williams LLP <br> Firm Name <br> 951 E. Byrd Street <br> Richmond, VA  23219 <br> Address <br> (804) 788-8200 <br> Telephone Number <br> 04/06/2015 <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br> Signature <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X  /s/ Michael R. Castle <br> Signature of Authorized Individual <br> Michael R. Castle <br> Printed Name of Authorized Individual <br> Chief Financial Officer <br> Title of Authorized Individual <br> 04/06/2015 <br> Date | |

## **ATTACHMENT A**

<u>All Other Names used by the Debtor in the last 8 Years</u>

None.

## ATTACHMENT B

Pending Bankruptcy Case Filed by any Partner or Affiliate of this Debtor

Concurrently herewith, each of the below-listed entities (collectively, the "Debtors"), each commenced a voluntary case under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Western District of Virginia and has filed a motion with the Court seeking joint administration of the Debtors' respective chapter 11 cases.

| ENTITY NAME | EIN | JURISDICTION OF DOMICILE |
|---|---|---|
| Big Run Mining, Inc. | 80-0391585 | Kentucky |
| Brier Creek Coal Company, LLC | 45-1019999 | West Virginia |
| Bull Creek Processing Company, LLC | 45-1020894 | West Virginia |
| High MAF, LLC | 27-1895418 | Delaware |
| Middle Fork Mining, Inc. | 80-0391593 | Kentucky |
| Pinnacle Insurance Group LLC | 61-1626851 | Tennessee |
| Raven Crest Contracting, LLC | 20-4527796 | Kentucky |
| Raven Crest Leasing, LLC | 20-4527844 | Kentucky |
| Raven Crest Minerals, LLC | 20-4527746 | Kentucky |
| Raven Crest Mining, LLC | 20-4370122 | Kentucky |
| Sewell Mountain Coal Co., LLC | 37-1709737 | West Virginia |
| Shenandoah Energy, LLC | 20-4476770 | Kentucky |
| South Fork Coal Company, LLC | 27-4613113 | West Virginia |
| Strata Fuels, LLC | 27-1981559 | Delaware |
| True Energy, LLC | 27-2082894 | Delaware |
| Whitewater Contracting, LLC | 32-0397740 | West Virginia |
| Whitewater Resources, LLC | 36-4749929 | West Virginia |
| Wise Loading Services, LLC | 27-4367154 | Delaware |
| Xinergy Corp. | 26-1153865 | Tennessee |
| Xinergy Finance (US), Inc. | 27-1485692 | Delaware |
| Xinergy Land, Inc. | 26-2788121 | Tennessee |

| ENTITY NAME | EIN | JURISDICTION OF DOMICILE |
|---|---|---|
| Xinergy Ltd. | 98-0653697 | Ontario |
| Xinergy Sales, Inc. | 26-2788180 | Tennessee |
| Xinergy Straight Creek, Inc. | 26-2790071 | Kentucky |
| Xinergy of Virginia, Inc. | 45-2878046 | Virginia |
| Xinergy of West Virginia, Inc. | 27-4612401 | West Virginia |

## Declaration Under Penalty
## of Perjury on Behalf of Xinergy Finance (US), Inc.

I declare under penalty of perjury that I have read the foregoing petition and attachments and they are true and correct to the best of my information and belief.

Date:  April 6, 2015

Signature:  /s/ Michael R. Castle
Name:       Michael R. Castle
Title:        Chief Financial Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

|  |  |
|---|---|
| In re:<br><br>**XINERGY LTD.**, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-[   ] (___)<br><br>(Joint Administration Requested) |

CONSOLIDATED LIST OF CREDITORS
HOLDING 30 LARGEST UNSECURED CLAIMS OF
<u>**XINERGY LTD.**, *et al.*</u>

The following is a consolidated list of the debtors' creditors holding the 30 largest unsecured claims. This list is being filed pursuant to 11 U.S.C. § 521 and Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. The list does not include persons who come within the definition of "insider" set forth in 11 U.S.C. § 101.

| Rank | Name of Creditor | Name, Telephone Number and Complete Mailing Address Including Zip Code of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contracted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|---|
| 1 | **VIRGINIA DRILLING COMPANY, LLC** | Virginia Drilling<br>PO Box 1198<br>Vansant, VA 24656<br>Telephone: 800-258-8583<br>Facsimile: 276-597-7410<br>Contact: Virlo Stiltner<br>virlo@vadrillco.com | Trade Debt |  | $ 3,335,796 |
| 2 | **CECIL I. WALKER MACHINERY CO.** | Walker Machinery<br>1400 E. DuPont Ave<br>Belle, WV 25105<br>Telephone: 304-949-6400<br>Contact: Sheilah Lowe<br>slowe@walker-cat.com | Trade Debt |  | $ 2,571,742 |

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are listed on Schedule 1 attached hereto.

| | | | | | |
|---|---|---|---|---|---|
| 3 | **WPP LLC** | WPP LLC<br>5260 Irwin Road<br>Huntington, WV 25705<br>Telephone: (304) 654-6887<br>Contact: Chad Mooney | Lessor | | $ 619,201 |
| 4 | **PENN VIRGINIA OPERATING CO., LLC** | Penn Virginia Operating Co.,LLC<br>One Carbon Center, Suite 100<br>Chesapeake, WV 25315<br>Telephone: (304) 949-5619<br>Contact: Gary Stover | Lessor | | $ 424,066 |
| 5 | **CASSELS BROCK & BLACKWELL LLP** | Cassels Brock & Blackwell LLP<br>Scotia Plaza, Suite 2100<br>40 King Street West<br>Toronto, ON M5H 3C2<br>Telephone: (416) 860-6771<br>Contact: Alexander Pizale<br>apizale@casselsbrock.com | Trade Debt | | $ 325,182 |
| 6 | **C&M GIANT TIRE, LLC** | C & M Giant Tire<br>980 W. New Circle Rd.<br>Lexington, KY 40511<br>Telephone: (859)-281-1320<br>Facsimile: (859) -281-1337<br>Contact: Cindy Devereux<br>cindy@cmgianttire.com | Trade Debt | | $ 282,213 |
| 7 | **L. ADKINS OIL** | L Adkins Oil<br>PO Box 190<br>Craigsville, WV 26205<br>Telephone: (304)742-3049<br>Contact: Mark Adkins | Trade Debt | | $ 258,711 |
| 8 | **WHAYNE SUPPLY COMPANY** | Whayne Supply Company<br>2200 South Kentucky Ave.<br>Corbin, KY 40701   USA<br>Telephone: (606) 528-3140<br>Facsimile: (606) 523-5366<br>Contact: Amy Brock-Williams | Trade Debt | | $ 246,999 |
| 9 | **BRAKE SUPPLY CO., INC.** | Brake Supply Co, Inc.<br>4280 Paysphere Circle<br>Chicago, IL 60674   USA<br>Telephone: (304) 673-0462<br>Facsimile: (304) 255-7503<br>Contact: Greg Browning | Trade Debt | | $ 185,567 |
| 10 | **SECURITY AMERICA, INC** | Security America<br>PO Box 4525<br>Charleston, WV 25364<br>Telephone: 304-925-4747 x101<br>Contact: Renee Shaffer<br>rshaffer@securityamerica.com | Trade Debt | | $ 173,946 |
| 11 | **HARVEY TRUCKING INC.** | Harvey Trucking, Inc<br>5383 Ashford Nellis Road<br>Ashford, WV 25009<br>Telephone: (304) 836-5850<br>Contact: Wally Harvey | Trade Debt | | $ 160,014 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | **M.G.C., INCORPORATED** | M.G.C. Supply, Inc.<br>PO Box 115<br>Bolt, WV 25817-0115   USA<br>Telephone: (606) 433-0077<br>Facsimile: (606) 433-1344<br>Contact: Christy Meade | Trade Debt | | $ | 155,921 |
| 13 | **THE DANIELS COMPANY** | The Daniels Company<br>PO Box 643951<br>Pittsburgh, PA<br>15264-3951<br>Telephone: (304) 327-8161<br>Facsimile: (304) 327-5118<br>Contact: Kay Gilbert | Trade Debt | | $ | 147,768 |
| 14 | **AMERICAN EXPRESS** | American Express<br>PO Box 650448<br>Dallas, TX 75265<br>Telephone: (800) 528-2122 | Trade Debt | | $ | 130,763 |
| 15 | **JONES & ASSOCIATES** | Jones & Associates<br>PO Box 1989<br>Charleston, WV<br>25327<br>Telephone: (304) 343-9466<br>Contact: Forrest Jones<br>EFJones@efjones.com | Trade Debt | | $ | 123,335 |
| 16 | **MECURIA ENERGY TRADING INC.** | Mercuria Energy Trading, Inc.<br>20 East Greenway Plaza, Suite 650<br>Houston, TX  77046<br>Office: 832.209.2315<br>Mobile: 606.585.5110<br>Contact: Alex Merritt<br>amerritt@mercuria.com | Trade Debt | | $ | 109,523 |
| 17 | **APPALACHIAN POWER COMPANY** | Appalachian Power Company<br>1 AEP Way<br>Hurricane WV 25526<br>Telephone: (304) 792-2379<br>Contact: Jerry Peyton<br> jdpeyton@aep.com | Trade Debt | | $ | 100,997 |
| 18 | **WISE COUNTY TREASURER** | Wise County Treasurer<br>PO Box 1308<br>Wise, VA<br>24293-1308<br>Telephone: (276) 328-3666 | Trade Debt | Disputed | $ | 96,701 |
| 19 | **MOULDAGRAPH CORPORATION** | Mouldagraph Corporation<br>PO Box 99<br>Nitro, WV<br>25143<br>Telephone: (304) 759-2150 | Trade Debt | | $ | 92,449 |
| 20 | **MALLARD ENVIRONMENTAL SERVICES** | Mallard Environmental<br>PO Box 1298<br>Shady Spring, WV<br>25918-1298<br>Telephone: (304) 787-5550<br>Contact: Rhonda Lilly | Trade Debt | | $ | 86,833 |

| | | | | | |
|---|---|---|---|---|---|
| 21 | **EASTERN KY EQUIPMENT SALES & SERVICES LLC** | Mining Machinery<br>1512 North Big Run Road<br>Ashland KY, 41102<br>Telephone: (606) 928-0490<br>Contact: Kathy Smith | Trade Debt | | $ 86,675 |
| 22 | **SHERIFF OF BOONE COUNTY** | Sheriff of Boone County<br>200 State Street<br>Madison, WV<br>25130<br>Telephone: (304) 369-7394 | Trade Debt | Disputed | $ 82,529 |
| 23 | **PLUM CREEK TIMBER COMPANY, INC** | Plum Creek Timber Company, Inc<br>Five Concourse Parkway, NE, Suite 1650<br>Atlanta, GA<br>30328<br>Telephone: (304) 520-3321<br>Contact: John Woodrum | Trade Debt | | $ 79,774 |
| 24 | **GARLOW INSURANCE AGENCY, INC.** | Garlow Insurance Agency, Inc.<br>1217 Quarrier St<br>Charleston, WV 25301<br>Telephone: (304) 347-8972 ext. 166<br>Facsimile: (304) 342-5969<br>Toll Free: (800) 238-5321<br>Contact: Mark Clark<br>mclark@garlowinsurance.com | Trade Debt | | $ 75,718 |
| 25 | **GOULD'S ELECTRIC MOTOR REPAIR, INC** | Gould's Electric Motor Repair, Inc<br>PO Box 100<br>Indore, WV<br>25111-0100<br>Telephone: 304-587-4825<br>Facsimile: 304-587-4855<br>Contact: Arbutus Gould | Trade Debt | | $ 75,676 |
| 26 | **STUBBS ALDERTON & MARKILES, LLP** | Stubbs Alderton<br>15260 Ventura Blvd.<br>Sherman Oaks, CA<br>91403<br>Telephone:: (818) 444-4500<br>Facsimile: (818) 444-4520<br>Contact: David Tarica | Trade Debt | | $ 75,519 |
| 27 | **JMP COAL HOLDINGS, LLC** | JMP Coal Holdings, LLC<br>PO Box 1200<br>Robinson Creek, KY<br>41560<br>Telephone: (606) 639-9675<br>Facsimile: (606) 639-9685 | Trade Debt | | $ 72,442 |
| 28 | **COULTER & JUSTUS, PC** | Coulter & Justus, PC<br>9717 Cogdill Rd, Suite 201<br>Knoxville, TN 37932<br>Telephone: (865) 637-4161<br>Facsimile: (865) 524-2952<br>Contact: Conor O' Donoghue | Trade Debt | | $ 72,100 |

| | | | | | |
|---|---|---|---|---|---|
| 29 | **EXIGENT LEASING, LP** | Exigent Leasing, LP<br>2202 Timberlock PL, #133<br>Spring, TX<br>77380<br>Telephone: (713) 503-5313<br>Contact: Ed Green | Trade Debt | | $ 70,745 |
| 30 | **HURBERRIES** | Hurberries, Inc<br>PO Box 210<br>Coeburn, VA<br>24230<br>Telephone: (276) 679-9877<br>Facsimile: (276) 395-8218<br>Contact: Amanda Hurley | Trade Debt | | $ 69,478 |

**Declaration Under Penalty of Perjury**
**on Behalf of a Corporation or Partnership**

I, ____Michael R. Castle_____, an officer of Xinergy Ltd. and each of the other affiliated debtors in the above-captioned cases, declare under penalty of perjury that I have read the foregoing list of consolidated creditors holding the 30 largest unsecured claims and that it is true and correct to the best of my information and belief.


        Xinergy Ltd., *et al*                             April 6, 2015
            Debtors                                              Date


_/s/ Michael R. Castle_____

# SCHEDULE 1

(Debtor Entities)

1. Xinergy Ltd. (3697)
2. Xinergy Corp. (3865)
3. Xinergy Finance (US), Inc. (5692)
4. Pinnacle Insurance Group LLC (6851)
5. Xinergy of West Virginia, Inc. (2401)
6. Xinergy Straight Creek, Inc. (0071)
7. Xinergy Sales, Inc. (8180)
8. Xinergy Land, Inc. (8121)
9. Middle Fork Mining, Inc. (1593)
10. Big Run Mining, Inc. (1585)
11. Xinergy of Virginia, Inc. (8046)
12. South Fork Coal Company, LLC (3113)
13. Sewell Mountain Coal Co., LLC (9737)
14. Whitewater Contracting, LLC (7740)
15. Whitewater Resources, LLC (9929)
16. Shenandoah Energy, LLC (6770)
17. High MAF, LLC (5418)
18. Wise Loading Services, LLC (7154)
19. Strata Fuels, LLC (1559)
20. True Energy, LLC (2894)
21. Raven Crest Mining, LLC (0122)
22. Brier Creek Coal Company, LLC (9999)
23. Bull Creek Processing Company, LLC (0894)
24. Raven Crest Minerals, LLC (7746)
25. Raven Crest Leasing, LLC (7844)
26. Raven Crest Contracting, LLC (7796)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| In re:<br><br>**XINERGY FINANCE (US), INC.,**<br><br>**Debtor.** | **Chapter 11**<br><br>Case No. 14-[  ] (___)<br><br>**(Joint Administration Requested)** |

CORPORATE OWNERSHIP STATEMENT
PURSUANT TO RULE 7007.1 OF THE
<u>FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Xinergy Finance (US), Inc. hereby provides that 100% of its outstanding equity interests are held by Xinergy Ltd.

Date: April 6, 2015

Signature: /s/ Michael R. Castle
Name: Michael R. Castle
Title: Chief Financial Officer

# XINERGY FINANCE (US), INC.

## WRITTEN CONSENT OF SOLE DIRECTOR

The undersigned being the sole Director of XINERGY FINANCE (US), INC., a Delaware company (the "Company"), hereby consents to the adoption of the following resolutions:

RESOLVED, that in the good faith business judgment of the Company's Director, it is in the best interest of the Company, its creditors, stakeholders and other interested parties, that a voluntary petition for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), be filed in the United States Bankruptcy Court for the Western District of Virginia (the "Bankruptcy Court"); and it is

RESOLVED FURTHER, that Gregory L. Mason and Michael R. Castle, in their capacity as officers of the Company (together, the "Officers"), be, and each is hereby, authorized, empowered and directed to execute and verify on behalf of and in the name of the Company, a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court in such form and at such time as the Officer executing said petition on behalf of the Company shall determine; and it is

RESOLVED FURTHER, that the Company shall be and is hereby, authorized, and empowered, to execute, verify and/or file, or cause to be filed and or executed or verified (or direct others to do so on its behalf as provided herein) all necessary documents, including without limitation a plan of reorganization and disclosure statement, and all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel or other professionals and to take any and all actions necessary and proper in connection with the chapter 11 case contemplated hereby, with a view to the successful prosecution of such case; and it is

RESOLVED FURTHER, that the Officers of the Company or any one of them be, and each is hereby, authorized, empowered and directed to (i) prepare, or cause to be prepared on the Company's behalf, the necessary documents, including without limitation a plan of reorganization and disclosure statement, and all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers referred to in the foregoing resolution, and, (ii) in the express prior approval of the Director (a) file and prosecute to a conclusion any such plan of reorganization, and (b) to take any and all actions necessary and proper in connection with the chapter 11 case contemplated hereby, including without limitation incurring post-petition debt, with a view to the successful prosecution of such case; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized, empowered and directed to employ, on behalf of the Company, the

law firm of Hunton & Williams LLP under a special retainer as general bankruptcy counsel to the Company and in other related matters on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized, empowered and directed to employ, on behalf of the Company, Global Hunter Securities, a division of Seaport Global Securities LLC, under a special retainer as Financial Advisors to the Company on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized, empowered and directed to employ, on behalf of the Company, Stubbs Alderton & Markiles, LLP under a special retainer as general corporate counsel to the Company and in other related matters on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized, empowered and directed to employ, on behalf of the Company, Cassels Brock & Blackwell LLP under a special retainer as Canadian counsel for the Company on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that the Company shall be and is hereby authorized and empowered to employ, on behalf of the Company, such other counsel, financial advisors or other professionals as may be prudent and desirable in connection with the prosecution and/or administration of the restructuring of the Company under the Bankruptcy Code on such terms and conditions as the Officers of the Company shall approve; and it is

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by any Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

RESOLVED FURTHER, that the effective date of the foregoing resolutions shall be April 2, 2015.

IN WITNESS WHEREOF, the undersigned sole Director of the Company has executed this Consent effective as of the date first written above.

      /s/ Gregory L. Mason
      Gregory L. Mason

3